IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN TYRONE COONEY**  **PLAINTIFF**
**ADC #107617**

v.  No. 4:24-cv-324-DPM

**BRADY KNUCKLES, Arkansas**
**State Trooper**  **DEFENDANT**

### ORDER

1. Cooney is a three-striker. Before filing this lawsuit, Cooney had at least three cases dismissed for failing to state a claim. *E.g., Cooney v. Dubbie, et al.*, Case No. 4:21-cv-720-KGB (E.D. Ark.); *Cooney v. Ramey, et al.*, Case No. 4:21-cv-798-BRW (E.D. Ark.); *Cooney v. Morrilton Police Department, et al.*, Case No. 4:21-cv-812-BRW (E.D. Ark.). Nothing in Cooney's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Cooney's motion to proceed *in forma pauperis*, *Doc. 1*, is therefore denied. And his complaint will be dismissed without prejudice.

2. If Cooney wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 17 March 2024. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 April 2024