# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISHONN TYRONE COONEY**
**ADC #107617**                                                                              **PLAINTIFF**

v.                              No. 4:24-cv-324-DPM

**BRADY KNUCKLES, Arkansas**
**State Trooper**                                                                            **DEFENDANT**

## JUDGMENT

Cooney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 April 2024