IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN TYRONE COONEY                                            PLAINTIFF
ADC #107617

v.                              No. 4:24-cv-324-DPM

BRADY KNUCKLES, Arkansas
State Trooper                                                     DEFENDANT

### ORDER

Cooney's motion for reconsideration, *Doc. 14*, is denied. His motion for the appointment of counsel, *Doc. 15*, is also denied. This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2024