IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN TYRONE COONEY**  PLAINTIFF
ADC #107617

v.              No. 4:24-cv-324-DPM

**BRADY KNUCKLES**, Arkansas
State Trooper                    DEFENDANT

ORDER

Cooney's motion for appointment of counsel, *Doc. 19*, is denied. This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2024